THE STATE OF OHIO, APPELLEE, *v.* CLARK, APPELLANT.

[Cite as *State v. Clark* (1996), 75 Ohio St.3d 412.]

(No. 95–2332—Submitted February 20, 1996—Decided April 10, 1996.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

*Lamont Clark, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals based upon appellant's failure to demonstrate a genuine issue as to whether his appellate counsel provided constitutionally adequate representation.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.